# Order

Michigan Supreme Court
Lansing, Michigan

July 16, 2018

Stephen J. Markman,
Chief Justice

157903(90)

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

*In re* LMB, Minor.

SC: 157903
COA: 338169
Wayne CC Family Div:
    16-000241-AD

_____/

On order of the Chief Justice, the motion of the Academy of Adoption and Assisted Reproduction Attorneys to file a brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before August 6, 2018.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2018



Clerk